■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v LAWRENCE MAKLEY, Appellant. [609 NYS2d 509] —Judgment unanimously affirmed. Memorandum: Defendant contends that County Court erred in refusing to permit him to rehabilitate his witness with evidence of a prior consistent statement made before trial. Defendant alleges that the District Attorney attacked the witness' testimony as a recent fabrication. Because the prior consistent statement did not antedate the motive to fabricate, County Court properly concluded that it was inadmissible *(see, People v McClean,* 69 NY2d 426, 428-430; *People v Davis,* 44 NY2d 269, 277-278; *People v Williams,* 139 AD2d 683, 683-684).

We have reviewed defendant's remaining contention and

find it to be without merit. (Appeal from Judgment of Monroe County Court, Egan, J.—Burglary, 2nd Degree.) Present— Green, J. P., Balio, Lawton, Doerr and Boehm, JJ.